In re STEUER. (Circuit Court of Appeals, Second Circuit. December 14, 1917.) No. 121. Petition to Revise Order of the District Court of the United States for the Southern District of New York. In the matter of William Steuer, bankrupt. On petition to revise an order of the District Court. Pe-

tition dismissed. David Goldstein, of New York City, for petitioner. Before ROGERS and HOUGH, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Petition to revise dismissed in open court.